UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>RALPH DIAZ,<br><br>　　　　　　　　　Respondent. | Case No.: 20-cv-340-MMA (BLM)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Doc. No. 1. Petitioner has also filed a request to proceed in forma pauperis. Doc. No. 7.

Petitioner's request to proceed in forma pauperis is denied because Petitioner has not provided the Court with enough information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2), 28 U.S.C. foll. § 2254; *see also* CivLR 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

Accordingly, the Court **DENIES** Petitioner's request to proceed in forma pauperis and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must,
1

no later than **April 27, 2020**, provide the Court with: (1) a copy of this Order together with the $5.00 filing fee or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee. For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank in forma pauperis form, which includes the required Prison Certificate.

**IT IS SO ORDERED.**

Dated: February 26, 2020

*[signature]*

Hon. Michael M. Anello
United States District Judge